FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

'10 APR -5 P 4 :48

CLERK, U.S. DISTRICT COURT
BY: _____ DEPUTY CLERK
AT WICHITA, KS

UNITED STATES OF AMERICA,

    Plaintiff,

v.    Case No. 6:07CR10180-003-WEB

JOHN PERSAUD,
XXX-XX-6010

    Defendant,

  and

AMERIPRISE FINANCIAL
Attn: Legal Dept.
70100 Ameriprise Financial Center
Minneapolis, MN  55474,

    Garnishee-defendant.

## ANSWER OF THE GARNISHEE

PHILLIP C JOHNSON, BEING DULY SWORN DEPOSES AND SAYS:
  (Affiant)

**IF GARNISHEE IS AN INDIVIDUAL:**

  That he/she is Garnishee herein doing business under the name of _____

at the following address: _____

**IF GARNISHEE IS A PARTNERSHIP:** NA

  That he/she is a member of a partnership composed of _____,

of which Garnishee is a partner.

**IF GARNISHEE IS A CORPORATION:** NA

  That he/she is the _____ of Garnishee, _____,
     (Official Title)
a corporation organized under the laws of the State of _____.

**ANSWER THE FOLLOWING QUESTIONS:**

On __3/29__, 2010, Garnishee was served with the Writ of Continuing Garnishment.

**DEFENDANT IS EMPLOYEE:**

1. ___ Yes _X_ No Defendant was in my/our employ on the date of service of the Writ Of Continuing Garnishment.

2. Defendant's pay period: ___ weekly ___ bi-weekly ___ semi-monthly ___ monthly. The pay period in effect on the date of service of the Writ Of Garnishment began on _____ and ended/will end on _____. — NOT EMPLOYED WITH US

3. Calculate the amount of net wages below: NA

    Gross Pay                                              $_____
    Less Deductions:
        Federal income tax          $_____
        F.I.C.A. income tax         $_____
        State income tax            $_____
        TOTAL Tax Withholdings      $_____
    Net Wages (Gross Pay Less Total Tax Deductions)        $_____

4. Yes____ No _X_ There is a previous garnishments in effect as described below:
    Case Name _____ Court No. _____
    Name of Court _____ Amount due under order _____
    Order is Continuing _____ or is in effect from _____ to _____

**NON-WAGE PROPERTY**

5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

    | Description of Property | Approximate Value | Description of Debtor's Interest In Property |
    |---|---|---|
    | 1. QUAL ANNUITY | $21,117 | 100% |
    | 2. _____ | _____ | _____ |
    | 3. _____ | _____ | _____ |

7. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

|   | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ 700 | SURRENDER CHARGE |
| 2. | $ _____ | _____ |

**IF YOU, GARNISHEE, DENY YOU HOLD PROPERTY SUBJECT TO THIS ORDER**  NA

8. Check the applicable line below if you deny that you hold property subject to this order of garnishment.

_____ The Garnishee makes the following claim of exemption on the part of Defendant:

_____.

_____ The Garnishee has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____.

_____ The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, John Persaud, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

*[signature]*
Garnishee, or representative of Garnishee

State Of __MINNESOTA__ )
                        ) ss:
County Of __ANOKA__ )

Subscribed and sworn to before me this __31st__ day of __MARCH__, 20__10__.

*[Notary Seal: MARY J. HALVORSON, Notary Public, Minnesota, My Commission Expires Jan. 31, 2015]*

__Mary J Halvorson__
Notary Public

My Commission expires: __1-31-2015__